# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-14-00035-CV

**Casey A. Koehler and Jennifer Phy, as Administratrix of the Estate of Evelyn Landua Koehler, Appellants**

**v.**

**Kanda Koehler, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 1 OF BELL COUNTY
### NO. 29,462, HONORABLE EDWARD S. JOHNSON, JUDGE PRESIDING

### O R D E R

**PER CURIAM**

The reporter's record in this cause was due on March 13, 2014. This Court received the reporter's record on July 16, 2014, but rejected it because the record was not compiled into a single document. The Court received a corrected reporter's record on July 17, 2014, but it was rejected due to the same deficiency. On January 13, 2015, the clerk of this Court sent court reporter Terry Johnston notice that the reporter's record was overdue. The clerk instructed Mr. Johnston to file the record by January 23, 2015, or explain in writing the reason for the delay, giving an estimate of when the record would be filed. To date, Mr. Johnston has not responded.

We hereby order Terry Johnston to file the reporter's record in this cause no later than February 26, 2015. No further extensions will be granted, and a failure to comply will result in

Mr. Johnston being called before the Court to explain why he should not be held in contempt for violating this order.

It is ordered on January 28, 2015.


Before Chief Justice Rose, Justices Goodwin and Field